UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK AUSTIN,<br><br>                              Plaintiff,<br><br>                  v.<br><br>JRPAC INC d/b/a SPICE SYMPHONY and 182 LEX REALTY LLC,<br><br>                              Defendants. | 25-CV-4178 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 21, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed. Furthermore, no proof of service has been filed and Defendant has not entered a notice of appearance.

The Complaint in this case was filed on May 19, 2025. *See* Dkt. No. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). Accordingly, it is hereby: ORDERED that, no later than August 29, 2025, Plaintiff submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by August 29, 2025, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 25, 2025
         New York, New York

                                                                    _____
                                                                    Hon. Ronnie Abrams
                                                                    United States District Judge